DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'06 JUN 23 12:12 USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Tracy Keith**

          **Plaintiff,**

vs.                                                                                  Civil No. 05-cv-01363-BR

**Commissioner of Social Security**

       **Defendant.**                                **ORDER GRANTING AWARD**
                                                            **OF EAJA FEES**

      Pursuant to Stipulation, and good cause appearing therefore,

      IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$7.04**, costs in the amount of **$11.20**, and attorney's fees in the amount of **$4637.52** for total in the amount of **$4655.76**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

      Done this 23rd day of June, 2006.

                                    _Anna J. Brown_
                                    Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**